UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY ALFORD,

        Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,
a foreign corporation,

        Defendant.

USDC Case No. 2:12-cv-14238
Hon. Denise Page Hood

_____/

| | |
|---|---|
| STUART A. SKLAR (P38146) | CARY R. BERLIN (P64122) |
| FABIAN, SKLAR & KING, P.C. | PAUL H. JOHNSON, JR. (P26871) |
| Attorneys for Plaintiff | PATRICK, JOHNSON & MOTT, P.C. |
| 33450 W. Twelve Mile Road | Attorneys for Defendant |
| Farmington Hills, Michigan 48331 | 27777 Franklin Road, Suite 1400 |
| (248) 553-2000 | Southfield, Michigan 48034 |
| (248) 553-2020 (fax) | (248) 356-8590 |
| ssklar@fabiansklar.com | cberlin@pjmpc.com |

_____/

## PLAINTIFF'S WITNESS LIST

NOW COMES the above named Plaintiff, Gary Alford, by and through his attorneys, Fabian, Sklar & King, P.C., and for its list of witnesses whom it may or will call at the time of trial in this matter, set forth the following:

1. Gary Alford;

2. Representatives of Allstate Insurance Company, including but not limited to:

    a. Debbie Little;
    b. Melissa McCray
    c. Julie Jenkins
    d. Cheryl Miller
    e. Chris Faber
    f. James Sanders

       g.      Jackie Liviach
       h.      Patricia Jones
       i.       Paula Ogilvie
       j.       Diane Madaj
       k.      Connie Sinko
       l.       Cynthia Price
       m.     Karen Denny
       n.      Rebecca Bailey
       o.      Terri Catalano

3. Donald Tabron – Expert
   17337 Pinehurst
   Detroit, MI 48221

4. Culley Robinson – Expert
   17337 Pinehurst
   Detroit, MI 48221

5. Rinna Mitchell, Esq.
   535 Griswold St., Ste. 111 #147
   Detroit, MI 48226

6. Representatives of the Detroit Fire Department, including but not limited to:

       a.    Dean Pincheck
       b.    Brian Reed
              250 W. Larned St.
              Detroit, MI 48226

7. Mark Brennan
   1950 Sequoia Trail
   Owosso, MI 48867

8. Jeremy Berard
   36135 Schoolcraft Rd.
   Livonia, MI 48150

9. Ryan Cox – Expert
   6204 Constitution Drive
   Fort Wayne, IN 46804

10. Jerry Wallace
    27803 College Park Drive
    Warren MI 48088

11. Records Custodians and/or Representatives of the following:

    a. A & R Insurance Repair Contractors;
    b. Wayne County Register of Deeds;
    c. Research Michigan LLC;
    d. Chase;
    e. Wayne County Treasurer's Office;
    f. Paramount Land Holdings
    g. Herndon & Associates
    h. Towne Mortgage Company
    i. Comcast
    j. DTE Energy
    k. Heritage Realty Services, LLC
    l. Home Depot
    m. Citizens Appliance
    n. City of Detroit, Board of Water and Sewerage

12. Christopher Alford

13. Ashley Reddick

14. Lynette Stevens
    20906 Prairie Creek Blvd.
    Brownstown MI 48183

15. Charles High
    11697 Stahelin
    Detroit MI 48228

16. Sheddrick Alford

17. Diane Alford

18. Christopher Moore

19. "Vito" Holiday

20. Dominic "Justin" Hosser/Hossner –
    313-633-6417

21. All necessary rebuttal witnesses.

22. All witnesses named or referred to in interrogatory answers, depositions, any and all pleadings, investigations and/or claims files or referred to in documents maintained or produced by all parties.

3

23. All witnesses revealed by further discovery which is ongoing and incomplete at this time.

24. All witnesses listed by other parties.

25. All witnesses listed by any other parties to this action but not called at trial.

26. Any witness who may have been retained by other parties, whether or not called at the time of trial.

27. Custodian of records for any witnesses listed by any party to this action.

28. Any and all witnesses that become known to Plaintiff through the course of this litigation.

29. All parties to this action, their employees, agents, and representatives under the adverse witness rule where applicable.

Plaintiff Gary Alford reserves the right to name additional witnesses through and including the time of trial in this matter.

                Respectfully submitted,

                FABIAN, SKLAR & KING, P.C.

                */s/ Stuart A. Sklar*
                STUART A. SKLAR (P38146)
                Attorneys for Plaintiff
                33450 West Twelve Mile Road
                Farmington Hills, MI 48331-3350
                (248) 553-2000
                ssklar@fabiansklar.com

Date: February 28, 2013

## CERTIFICATE OF SERVICE

Stuart A. Sklar certifies and affirms that on February 28, 2013 a copy of the foregoing paper and this Certificate of Service were served on:

CARY R. BERLIN (P64122)
PATRICK, JOHNSON & MOTT, P.C.
27777 Franklin Road, Suite 1400
Southfield, Michigan 48034
cberlin@pjmpc.com

electronically via the court's CM/ECF system which will send notification of such filing to the above.

 I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  NONE

      FABIAN, SKLAR & KING, P.C.


      */s/ Stuart A. Sklar*
      STUART A. SKLAR (P38146)
      Attorneys for Plaintiff
      33450 West Twelve Mile Road
      Farmington Hills, MI 48331-3350
      (248) 553-2000
      ssklar@fabiansklar.com

Date:  February 28, 2013